

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00378-CR

## IN RE DARRYL DEWAYNE WILLIAMS

## Original Proceeding

## MEMORANDUM  OPINION

The application (petition) for writ of mandamus is denied.[1]

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition denied
Opinion delivered and filed October 25, 2012
Do not publish
[OT06]

---

[1] The application has numerous procedural deficiencies.  It lacks all of the requirements of Rule of Appellate Procedure 52.3.  *See* TEX. R. APP. P. 52.3.  It lacks a record.  *See id.* 52.3(k), 52.7(a).  It lacks proof of service on the Respondent and the Real-Party-in-Interest.  *See id.* 9.1, 9.5, 52.2.  Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules.  *Id.* 2.